# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:17-CV-156-GCM

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br>               Plaintiff,<br><br>v.<br><br>VINROY REID, *et al*,<br>               Defendants. | ORDER |

      THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Due to the current stay in this action, the trial in this matter is continued, with a specific date to be determined at a later time.

      IT IS SO ORDERED.

Signed: January 23, 2019

Graham C. Mullen
United States District Judge