IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00156-GCM

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>**Plaintiff,**<br><br>v.<br><br>BARANKO ENTERPRISE, INC.,<br>Y-2 YOGA COTSWOLD, LLC,<br>VINROY W. REID,<br>VR KING CONSTRUCTION, LLC,<br>VR INVESTMENTS, LLC,<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** comes before the Court upon the parties' Joint Status Report dated September 9, 2021 (ECF No. 33). Plaintiff filed this action on March 24, 2017. The Court granted a Joint Motion to Stay (ECF No. 29) on June 12, 2018 pending the resolution of related litigation in state court. On August 9, 2021, the Court ordered the parties to file a Joint Status Report informing the Court of the status of the state lawsuit. The parties have done so.

It appears that the state litigation is complete, but Chapter 7 bankruptcy proceedings are now underway for some of the defendants. The parties dispute whether this case should be terminated or stayed pending resolution of the bankruptcy proceedings. The case will **REMAIN STAYED** pending conclusion of the bankruptcy proceedings, or earlier.

SO ORDERED.

Signed: September 14, 2021

Graham C. Mullen
United States District Judge