IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00156-GCM

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, <br><br>**Plaintiff,** <br><br> v. <br><br> Y-2 YOGA COTSWOLD, LLC, <br><br> **Defendant.** | **ORDER** |

 **THIS MATTER** comes before the Court *sua sponte*. This case has been stayed since June 12, 2018. The Parties last filed a status report in September of 2022 indicating that bankruptcy proceedings should be concluded by the end of 2022. Nothing further has been submitted by the Parties.

 The parties are therefore **ORDERED** to file a joint status report within thirty (30) days of the entry of this order, informing the Court of the status of this case.

 IT IS SO ORDERED.

Signed: May 16, 2023

Graham C. Mullen
United States District Judge